NUMBERS 13-07-041-CR AND 13-07-042-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________ ________


CHRISTOPHER JOHN SMITH, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_____________________________________________________ _____________


On appeal from the 128th District Court 


of Orange County, Texas.


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, CHRISTOPHER JOHN SMITH, perfected appeals from judgments
entered by the 128th District Court of Orange County, Texas, in cause numbers A-060267-R and A-060270-R. Appellant has filed motions to dismiss his appeals. The
motions comply with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motions to
dismiss the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted. Appellant's motions to dismiss the appeals are granted, and the
appeals are hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 22nd day of February, 2007.